UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONY DECLOUES                                      CIVIL ACTION

VERSUS                                            NO: 14-1158

BURL CAIN, WARDEN                                 SECTION: R

## ORDER

Before the Court is Tony DeCloues's petition for federal *habeas corpus* relief under 28 U.S.C. § 2254. The Court, having reviewed *de novo* the petition,[1] the record, the applicable law, the Magistrate Judge's Report and Recommendation ("R & R"),[2] and the petitioner's objections thereto,[3] hereby approves the R & R and adopts it as its opinion.

Petitioner objects to the R & R on the grounds that the Magistrate Judge did not adequately address petitioner's claim that his Fifth Amendment rights were violated by the introduction of his confession, as well as evidence that law enforcement seized on the basis of the confession. This objection is meritless because the Magistrate Judge addressed this claim at length. The Magistrate Judge correctly deferred to the state court's fact-finding concerning subsidiary

---

[1] R. Doc. 1.

[2] R. Doc. 21.

[3] R. Doc. 22.

factual questions, and she correctly determined that the state court reasonably applied federal law in concluding that petitioner's confession was voluntary. Petitioner's argument that defense counsel was ineffective because he (1) failed to investigate and call certain witnesses and (2) failed to raise the defense of intoxication also lacks merit. The Magistrate Judge thoroughly addressed this argument in the R & R, and the Court need not reiterate her analysis here.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller–El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). The Court finds that DeCloues's petition, in conjunction with his objections to the Magistrate Judge's R & R, does not satisfy this standard. Thus, the Court will not issue a certificate of appealability.

For the foregoing reasons, the Court DENIES DeCloues's petition for

*habeas corpus* and DENIES a certificate of appealability.


New Orleans, Louisiana, this 22nd day of April, 2016.


_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE